

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS**, (ASSIGNEE).

Said Mortgage is dated 05/29/2003, made by **JAMES DILLON** to **AMERICA'S WHOLESALE LENDER** and recorded on 06/06/2003 in **Book 19509 and Page 58**, in the office of the Recorder of **CUMBERLAND** County, **Maine**.

IN WITNESS WHEREOF, this Assignment was executed **this 21st day of June in the year 2019**.
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER



**ALAN BAKER**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 21st day of June in the year 2019, by Alan Baker as VICE PRESIDENT of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.



**JULIE MARTENS**
**COMM EXPIRES: 5/22/2022**

JULIE MARTENS
Notary Public - State of Florida
Commission # GG 271059
My Comm. Expires May 22, 2022
Bonded through National Notary Assn.

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683



EXHIBIT
I