_____[Space Above This Line for Recording Data]_____

| This Document Prepared By: | When Recorded Mail To: |
|---|---|
| LOURDES RODRIGUEZ | BANK OF AMERICA |
| BANK OF AMERICA | MC: FL1-908-01-05 |
| MC: FL1-908-01-05 | 4909 SAVARESE CIR. |
| 4909 SAVARESE CIR. | TAMPA, FL 33634 |
| TAMPA, FL 33634 | |
| (800) 444-4302 | |

Tax/Parcel #:  N/A

## GAP ASSIGNMENT OF MORTGAGE

THIS GAP ASSIGNMENT BEING RECORDED TO COMPLETE THE CHAIN OF TITLE FROM THE ASSIGNMENT PREVIOUSLY RECORDED ON 03/23/2012 AS INSTRUMENT # 15017 IN BOOK 29446 AND PAGE 183 TO THE CORRECTIVE ASSIGNMENT PREVIOUSLY PREVIOUSLY RECORDED ON NOVEMBER 7, 2013 IN INSTRUMENT NO. 68369 IN BOOK 31151 PAGE 323.

For Value Received, **BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING,LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP**, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634**, does hereby grant, sell, assign, transfer and convey, unto **COUNTRYWIDE HOME LOANS, INC., FORMERLY DBA AMERICA'S WHOLESALE LENDER** (herein "Assignee"), whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634**, a certain Mortgage dated **MAY 29, 2003** having been given to secure payment of **$146,500.00** and the note and claim secured thereby, which Mortgage is recorded on **JUNE 6, 2003** in **INSTRUMENT NO. 53712  BOOK 19509   PAGE 58 CUMBERLAND** County **REGISTRY OF DEEDS**, State of **MAINE**, made and executed by **JAMES DILLON**, upon the following property located at **58 GARY ROAD, GORHAM, MAINE 04038** and situated in **CUMBERLAND** County, State of **MAINE**.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.





EXHIBIT L

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on

5/28/2024
Date

BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING,LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP

By: _____
(Signature)
**LOURDES RODRIGUEZ**
**ASSISTANT VICE PRESIDENT**

_____ [Space Below This Line for Acknowledgments] _____

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this __28th__ day of __MAY__, 2024, by **LOURDES RODRIGUEZ** as **ASSISTANT VICE PRESIDENT** for **BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING,LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP**

_____
(Signature of Notary Public - State of Florida)

Martha Lucia Correa
(Print Name of Notary Public)

MARTHA LUCIA CORREA
Notary Public, State of Florida
Commission# HH 151623
My comm. expires July 11, 2025

Personally Known OR Produced Identification
Type of Identification Produced __N/A__

